UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANTHONY GLEN WILSON<br>LA. DOC #178865 | CIVIL ACTION NO. 15-2405<br>SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN BURL CAIN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Wilson's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED and DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 29th day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE